**W. H. (Bill) YOUNG, Plaintiffs In Error,**

**v.**

**STATE of Oklahoma, Defendant In Error.**

**No. A-12316.**

Criminal Court of Appeals of Oklahoma.

Sept. 26, 1956.

Rehearing Denied Nov. 21, 1956.

Harland A. Carter, Okmulgee, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for defendant in error.

JONES, Presiding Judge.

W. H. (Bill) Young was charged by an information filed in the County Court of Okmulgee County with the unlawful possession of intoxicating liquor, was tried, convicted and sentenced to serve a term of 3 months in the county jail and to pay a fine of $500 and has appealed.

The principal contention presented by the appeal is that the sentence was excessive. We do not find this to be so in view of the fact that the sheriff testified that he had seen over 500 different cars enter and leave the premises of the accused and of the admission of the wife of the accused on cross-examination that she and the accused had been in the whiskey business for about 5 years. Defendant did not testify.

Affirmed.

BRETT and POWELL, JJ., concur.

On Motion for Rehearing.

PER CURIAM.

After further consideration of the alleged errors on rehearing we have come to the conclusion that justice would be served by modifying the judgment and sentence imposed upon the accused to 45 days in the county jail and a fine of $250.

It is therefore ordered that the judgment and sentence of the County Court of Okmulgee County be modified to 45 days in the county jail and a fine of $250 and the judgment and sentence as thus modified is affirmed.

Mandate will issue immediately.